UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Tamika Maria Smith | CASE NO. 5-16-00833 |
| Debtor | CHAPTER 13 |
| | MOTION TO INCUR DEBT |

CERTIFICATE OF NO OBJECTION

I, Victoria A. Strunk, Esq., of Amori & Associates, LLC, do hereby certify that on November 30, 2018, a Motion to Incur Debt was filed with Your Honorable Court in the above referenced case. Notice was given to the Chapter 13 Trustee, Charles J. DeHart, III, Esq, and all creditors listed on Debtors mailing matrix via first class mail, postage prepaid on November 30, 2018. The Creditors deadline to file their objection/response was December 14, 2018. No objections/responses have been filed to the Motion to Incur Debt.

Wherefore, I respectfully request that this Honorable Court enter an Order granting the Motion to Incur Debt in the above referenced case.

Respectfully submitted:
/s/ Victoria A. Strunk
Victoria A. Strunk, Esq.
Attorney ID: 207489
Amori & Associates, LLC
513 Sarah Street
Stroudsburg, PA 18360
(570) 421-1406