United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-00833-HWV |
| Tamika Maria Smith | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-5 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Jun 23, 2021 | Form ID: pdf010 | Total Noticed: 2 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 25, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| | Latoya McDowell, Resurgent Capital Services, P.O. Box 10587, Greenville, SC 29603-0587 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 4765785 | Email/PDF: resurgentbknotifications@resurgent.com | Jun 23 2021 19:04:41 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank (South Dakota),, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 25, 2021     Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 23, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor PNC Bank National Association bkgroup@kmllawgroup.com |
| Joseph J. Swartz | on behalf of Creditor PA Dept of Revenue RA-occbankruptcy2@state.pa.us  RA-occbankruptcy6@state.pa.us |
| Kevin Buttery | on behalf of Creditor PNC Bank National Association kbuttery@rascrane.com |
| Morris A Scott | on behalf of Creditor PNC Bank National Association mscott@pincuslaw.com |

| | | |
|---|---|---|
| Scott M. Amori | on behalf of Debtor 1 Tamika Maria Smith afr@epix.net | smamori@amoriandassociates.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov | |
| Victoria A. Strunk | on behalf of Debtor 1 Tamika Maria Smith afr@epix.net | vastrunk@amoriandassociates.com |

TOTAL: 8

## UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Tamika Smith<br>　　　Debtors | Chapter 13 |
| Tamika Smith,<br>　　　Debtor/Objector | Case No. 5:16-bk-00833 HWV |
| v. | |
| LVNV Funding, LLC its successors and assigns as assignee of Citibank (South Dakota), N.A.<br>　　　Respondent | Objection to Claim no. 3-1 |

## ORDER

AND NOW upon consideration of Debtor's Objection to Proof of Claim of LVNV Funding, LLC, it is hereby ORDERED that Claim 3-1 is Disallowed.

Dated: June 23, 2021

By the Court,

*Henry W. Van Eck* (signature)

Henry W. Van Eck, Chief Bankruptcy Judge (MS)